[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 207.]

DRUM ET AL., APPELLEES, *v.* WASHLOCK ET AL.; MAYFIELD CITY BOARD OF EDUCATION, APPELLANT.

[Cite as *Drum v. Washlock*, 2001-Ohio-263.]

*Appellate procedure—Final order—Political subdivision tort liability—R.C. 2744.02(C)—Court of appeals' judgment affirmed on authority of Stevens v. Ackman.*

(No. 00-1706—Submitted February 28, 2001—Decided March 28, 2001.)

APPEAL from the Court of Appeals for Cuyahoga County, Nos. 74816 and 74817.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Thomas J. Downs*, for appellant.

————————————